IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 8:22-cv-01278-PX |
| v. | |
| GERHARDT AND ASSOCIATES INC. d/b/a MAREDITH MANAGEMENT<br>Defendant. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Gerhardt and Associates Inc. d/b/a Maredith Management pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

| | |
|---|---|
| */s/ Margaret Fonshell Ward, Esquire* | */s/Louis J. Rizzo, Jr., Esquire* |
| Margaret Fonshell Ward, Esq. Bar No. 04586 | Louis J. Rizzo, Jr., Esquire Bar No. 27721 |
| DOWNS WARD BENDER HERZOG & KINTIGH, P.A. | REGER RIZZO & DARNALL LLP |
| Executive Plaza III, Suite 400 | 1521 Concord Pike, Suite 305 |
| 11350 McCormick Road | Brandywine Plaza West |
| Hunt Valley MD  21031 | Wilmington, DE  19803 |
| *Attorneys for Defendant, Gerhardt & Associates Inc.* | P: (302) 477-7100 |
| | F: (302) 652-3620 |
| | lrizzo@regerlaw.com |
| | *Counsel for Plaintiff,* |
| | *United States Liability Insurance Company* |
| Dated: February 13, 2023 | Dated:   February 13, 2023 |