IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | CIVIL DIVISION |
| Plaintiff, | Civil Action No. 8:22-cv-01278-PX |
| v. | |
| GERHARDT AND ASSOCIATES INC. d/b/a MAREDITH MANAGEMENT<br>Defendant. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Gerhardt and Associates Inc. d/b/a Maredith Management pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

| | |
|---|---|
| */s/ Margaret Fonshell Ward, Esquire*<br>Margaret Fonshell Ward, Esq. Bar No. 04586<br>DOWNS WARD BENDER HERZOG & KINTIGH, P.A.<br>Executive Plaza III, Suite 400<br>11350 McCormick Road<br>Hunt Valley MD  21031<br>*Attorneys for Defendant, Gerhardt & Associates Inc.* | */s/Louis J. Rizzo, Jr., Esquire*<br>Louis J. Rizzo, Jr., Esquire Bar No. 27721<br>REGER RIZZO & DARNALL LLP<br>1521 Concord Pike, Suite 305<br>Brandywine Plaza West<br>Wilmington, DE  19803<br>P: (302) 477-7100<br>F: (302) 652-3620<br>lrizzo@regerlaw.com<br>*Counsel for Plaintiff,*<br>*United States Liability Insurance Company* |
| Dated: February 13, 2023 | Dated:  February 13, 2023 |
| | Approved.<br>2/14/23         Deborah L. Boardman<br>United States District Judge |